

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-17-00093-CV

**IN THE MATTER OF ROSALIND A. KELLY, ATTORNEY**

Original Proceeding

April 27, 2017

## ORDER

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

This cause was initiated by the Court as an original proceeding because attorney Rosalind A. Kelly, State Bar of Texas number 11237580, retained by Mauricio Gomez to represent him in the appeal styled Mauricio Gomez v. The State of Texas, pending on the docket of this Court as cause No. 07-16-00156-CR, appeared to be in contempt of an order of this Court. On March 2, 2017, this Court issued an order in that appeal, directing Rosalind A. Kelly to file a brief for appellant Mauricio Gomez, by March 20, 2017, prepared in accordance with the Texas Rules of Appellate Procedure. Following that date, the Court found that Rosalind A. Kelly had not filed an appellant's brief in that appeal as ordered, and had not communicated any reason for failing to comply with the Court's order.

Thereafter, the Court issued its Show Cause Order and notice to appear, directing Rosalind A. Kelly to appear on April 17, 2017, to show cause, if any she had, why she should not be held in contempt for her failure to file a brief as ordered. Rosalind A. Kelly made no appearance on April 17, 2017.

The Court takes judicial notice that Rosalind A. Kelly filed a brief for Mauricio Gomez in Cause No. 07-16-00156-CR on April 17, 2017, and a motion requesting an extension of time to file the brief until that date. The Court has accepted the brief for filing, and has granted the motion for extension of time.

All things considered, the Court finds that the proper resolution of this proceeding is the referral of the circumstances leading to this proceeding to the Chief Disciplinary Counsel of the State Bar of Texas, and dismissal of the contempt proceeding.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that the Clerk of the Court shall prepare and certify a record containing documents from this proceeding, and if necessary for a complete understanding of the events leading to this proceeding, documents from Cause No. 07-16-00156-CR, styled Mauricio Gomez v. The State of Texas, and forward the record to the Chief Disciplinary Counsel of the State Bar of Texas.

It is further ORDERED, ADJUDGED AND DECREED that this proceeding is DISMISSED.

Per Curiam